**STATE of Missouri, Respondent,**

v.

**Nina K. VANDEWEERDHOF, Appellant.**

**No. WD 52785.**

Missouri Court of Appeals, Western District.

June 10, 1997.

James C. Cox, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Loren T. Israel, Assistant Attorney General, Kansas City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM:

Nina Vandeweerdhof appeals from her conviction by jury of promoting prostitution in the third degree, § 567.070, RSMo 1994. Vandeweerdhof was sentenced to four years imprisonment.

Judgment affirmed. Rule 30.25(b).

**Harold David DAVIS, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53433.**

Missouri Court of Appeals, Western District.

June 10, 1997.

Jeannie Willibey, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David R. Truman, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Harold David Davis Jr. appeals from the denial of his Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).